# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILSON, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>CAROLYN W. COLVIN, <br>Acting Commissioner of Social Security, <br><br>　　　　　Defendant. | Case No.: 1:14-cv-00650- JLT <br><br> ORDER GRANTING DEFENDANT AN EXTENSION OF TIME <br><br> (Doc. 14) |

On March 10, 2014, the parties stipulated for Defendant to have an extension of time to respond to Plaintiff's confidential letter brief. (Doc. 14.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1.　The extension of time is **GRANTED**;

2.　Defendant **SHALL** serve a response to Plaintiff's confidential letter brief on or before **December 10, 2014**.

IT IS SO ORDERED.

Dated:　**November 14, 2014**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1