1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   DWAYNE WILSON,                    )   Case No.: 1:14-cv-00650 - JLT
                                       )
12              Plaintiff,             )   ORDER REMANDING THE MATTER PURSUANT
                                       )   TO SENTENCE FOUR OF 42 U.S.C. § 405(g)
13        v.                           )
                                       )   ORDER DIRECTING ENTRY OF JUDGMENT IN
14   CAROLYN W. COLVIN,                )   FAVOR OF PLAINTIFF DWAYNE WILSON AND
     Acting Commissioner of Social Security,   )   AGAINST DEFENDANT, CAROLYN W. COLVIN,
15                                     )   ACTING COMMISSIONER OF SOCIAL
16              Defendant.             )   SECURITY
                                       )
17   _____  )

18        Plaintiff Dwayne Wilson initiated this action seeking judicial review of the administrative

19   decision denying his application for Social Security benefits.  On December 11, 2014, Plaintiff and

20   Defendant Carolyn W. Colvin, Acting Commissioner Social Security, stipulated to a voluntary remand

21   of Plaintiff's Social Security appeal for further administrative proceedings.  (Doc. 16.)  The parties seek

22   remand to have an administrative law judge "further develop the record; further evaluate Plaintiff's

23   mental impairments; further evaluate the medical source opinions of record and Plaintiff's residual

24   functional capacity; and obtain additional vocational expert evidence if necessary."  (*Id.* at 1-2.)

25   Further, the parties noted the matter was to be remanded under sentence four of 42 U.S.C. § 405(g).

26   (*Id.* at 2.)

27   ///

28   ///

                                          1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1.      The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and

2.      The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Dwayne Wilson and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **December 12, 2014**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE