# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE WILSON,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No.: 1:14-cv-00650 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On January 10, 2015, Plaintiff Dwayne Wilson and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 19).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED** that fees and costs in the amount of $2,100.00 are **AWARDED** to Plaintiff, Dwayne Wilson.

IT IS SO ORDERED.

Dated:   **January 12, 2015**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE